BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT K. NOELL, | NO. CV 09-3233 KJN |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    The parties, through their undersigned counsel, stipulate that Defendant shall have an extension of time of 30 days to file Defendant's responsive brief. Subject to the approval of the Court, the new due date for Defendant's responsive brief will be August 18, 2010. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

DATE: 7/15/10                    Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                    By:          /s/ *Leslie Alexander*
                                 LESLIE ALEXANDER
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

DATED: 7/15/10      By:          /s/   *Frederick H. Lundblade*
                                 [*authorized via electronic mail on 7/15/10*]
                                 FREDERICK H. LUNDBLADE
                                 Attorney at Law

                                 Attorney for Plaintiff

## ORDER

The parties's stipulation extending the time for defendant to file its responsive brief (Dkt. No. 19) is HEREBY APPROVED.  Pursuant to that stipulation IT IS HEREBY ORDERED that defendant shall have up to and including August 18, 2010, to file its responsive brief.  The court's scheduling order shall be modified accordingly.

         IT IS SO ORDERED.

DATED: July 16, 2010

                                                         _____
                                                         KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE